**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JUSTIN KORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLILEARN AMERICAS INC.,<br><br>Defendant. | Civil Action No.: 1:25-cv-10461-NMG |

**DEFENDANT SIMPLILEARN AMERICAS INC.'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a), OR, ALTERNATIVELY, DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6), LOCAL RULE 7.1 (a)(2) CERTIFICATE AND REQUEST FOR ORAL ARGUMENT**

Defendant Simplilearn Americas, Inc. ("Simplilearn" or "Defendant") moves to transfer this action pursuant to 28 U.S.C. § 1404(a), or, alternatively, moves to dismiss with prejudice the First Amended Complaint filed by Justin Korn ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1. This action should be transferred to the United States District Court for the Eastern District of Texas because Plaintiff agreed to and is bound by Simplilearn's Terms and Conditions, which include a mandatory exclusive-forum clause providing that the "Agreement shall be governed by and construed in accordance with the Laws of Texas and the courts located in Collin County shall have the exclusive jurisdiction over any matter relating to, in connection with, or arising out of this Agreement." Therefore, pursuant to 28 U.S.C. § 1404(a), the Court should transfer this civil action to the United States District Court for the Eastern District of Texas, where Plaintiff was required to file his Complaint.

2. In the event the Court declines to transfer this action, the Complaint should be dismissed pursuant to Rule 12(b)(6) for Plaintiff's failure to state a plausible claim under the Video Privacy Protection Act, 18 U.S.C. § 2710, (the "VPPA"). Plaintiff has not alleged a viable claim under the VPPA because: (1) Plaintiff fails to allege that he is a "consumer" under the VPPA; (2) Plaintiff fails to allege that Simplilearn disclosed Plaintiff's personally identifiable information ("PII"); and (3) Plaintiff fails to allege that Simplilearn disclosed PII to any third parties knowingly, with the requisite intent required by the VPPA.

WHEREFORE, for the foregoing reasons and the reasons stated in the accompanying Memorandum of Law, the pleadings, files, and records in this action, any argument as may be heard by the Court, and all other matters of which the Court may take judicial notice, Simplilearn respectfully requests that this Honorable Court transfer this civil action to the District Court for the Eastern District of Texas or, alternatively, dismiss Plaintiff's action in its entirety with prejudice for failure to state a plausible claim under the VPPA pursuant to Fed. R. Civ. P. 12(b)(6).

DATE: May 27, 2025

Respectfully submitted,

Simplilearn Americas, Inc.

/s/ *A. Neil Hartzell*
A. Neil Hartzell, BBO #544752
Freeman Mathis & Gray, LLP
60 State Street, 6th Floor
Boston, MA 02109
Telephone: 617-963-5966
Email: neil.hartzell@fmglaw.com

*Attorney for Simplilearn Americas, Inc.*

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) the undersigned requests oral argument on this motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

**The undersigned counsel certifies that he conferred with counsel for the Plaintiff regarding the grounds of this motion on May 27, 2025 and was unsuccessful in resolving the issues.**

/s/ *A. Neil Hartzell*
A. Neil Hartzell

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this day, May 27, 2025.

/s/ *A. Neil Hartzell*
A. Neil Hartzell